henrylimcpl

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
APR 21 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00015 |
| Plaintiff, | **COMPLAINT** |
| vs. | **FRAUD USING COUNTERFEIT ACCESS DEVICES** |
| HENRY AUN KWANG LIM, KIAT BOON LEE, and THING CHUNG ONG | [18 U.S.C. §§ 1029(a)(3) & 2] |
| Defendants. | |

THE UNDERSIGNED COMPLAINT CHARGES UPON INFORMATION AND BELIEF THAT:

On April 20, 2006, in the District of Guam, the defendants herein, HENRY AUN KWANG LIM, KIAT BOON LEE and THING CHUNG ONG, and other uncharged individuals, did knowingly and with intent to defraud, possess more than fifteen counterfeit access devices, said use of these devices affecting interstate and foreign commerce, by traveling to Guam and using these devices to purchase goods from various retailers on Guam, in violation of Title 18,

1

United States Code, Sections 1029 (a)(3) and 2.

COMPLAINANT FURTHER STATES:

I, Gene M. Cox, having been duly sworn and under oath, do hereby depose and say:

1. I am a United States Secret Service Agent (USSS) and have been so employed for 8 years. I have been trained in and assigned to investigate counterfeit credit cards and access devices.

2. The facts contained herein are for the sole purpose of establishing probable cause and may not contain all the facts of the investigation.

3. On 04/20/06, at approximately 5:15 AM, Special Agent Gene M. Cox of this office was contacted by Enforcement Officer Edith B. Conway, U.S. Custom's and Border Protection (USCBP), Guam International Airport regarding the detention of three Malaysian nationals attempting to enter the United States. The three individuals were identified as Thing Chung Ong, Kiat Boon Lee and Henry Aun Kwang Lim. Enforcement Officer Conway stated that one of the individuals identified as Thing Chung Ong, had been identified as one of the Malaysians in the previous week suspected of potential credit card fraud. Enforcement Officer Conway informed SA Cox that they had discovered counterfeit Brunei passports on both Lee and Lim, and a counterfeit United Kingdom of Great Britain & Northern Ireland passport on Ong. Enforcement Officer Conway stated that she would proceed to Guam Custom's and Quarantine to coordinate the inspection of Lee's, Lim's and Ong's personal baggage.

4. When SA Cox arrived at the Guam Custom's and Quarantine located at the Guam International Airport, he observed that the inspection had commenced. SA Cox was briefed by Enforcement Officer Conway, as to the status of the inspection. Enforcement Officer Conway pointed to the three Malaysian nationals and identified them as Lee, Lim and Ong. During the course of the inspection, SA Cox observed packets of "trump" card cases containing numerous credit cards. After further inspection of these VISA and MasterCard cards contained inside these "trump" card cases, it was determined that they were all counterfeit. All of the names on the counterfeit credit cards correspond with the counterfeit Brunei passports and the counterfeit

2

United Kingdom of Great Britain & Northern Ireland passport. During the inspection of Ong's, Lee's and Lim's personal luggage, both Ong and Lim made a verbal acknowledgment as to the credit cards being counterfeit or fake. All three suspects were returned to CBP for further processing and questioning.

5. Thing Chung Ong, Kiat Boon Lee and Henry Aun Kwang Lim were all presented with a Warning and Consent to Speak/Warning of Rights (SSF-1737B) Form, which they read and certified. Ong, Lee and Lim all waived their rights and provided statements to the U.S. Secret Service. Ong, Lee and Lim all made admissions to the fact that they all knowingly possessed the counterfeit credit cards and a counterfeit passport with the intentions of committing fraud in Guam. Written statements attesting to this fact were provided in detail. The following information is a breakdown of evidence recovered from the personal belongings of Ong, Lee and Lim:

Henry Aun Kwang Lim:

Possessed counterfeit Brunei passport# 080384 in the name of Henry Lim Chee Boon
Possessed eighteen (18) counterfeit VISA credit cards in the name of "Henry Lim"
Possessed fourteen (14) counterfeit MasterCard credit cards in the name of "Henry Lim"
Possessed four (4) counterfeit VISA credit card in the name of "Chan Mang Kit"
Possessed five (5) counterfeit MasterCard credit card in the name of "Chan Mang Kit"

Kiat Boon Lee:

Possessed counterfeit Brunei passport# 069962 in the name of "Simon Yeoh Kean Tatt"
Possessed seventeen (17) counterfeit VISA credit cards in the name of "Simon Yeoh"
Possessed ten (10) counterfeit MasterCard credit cards in the name of "Simon Yeoh"

Thing Chung Ong:

Possessed counterfeit United Kingdom of Great Britain & Northern Ireland passport# 674534622 in the name of "Mang Kit Chan"
Possessed one (1) counterfeit MasterCard credit card in the name of "Henry Lim"
Possessed one (1) counterfeit MasterCard credit card in the name of "Simon Yeoh"
Possessed one (1) counterfeit VISA credit card in the name of "Chan Mang Kit"

5. Based on the foregoing, I have probable cause to believe that HENRY AUN KWANG LIM, KIAT BOON LEE and THING CHUNG ONG, used a counterfeit access devices in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

DATED this 21st day of April 2006.

GENE M. COX
Special Agent
U.S. Secret Service

SUBSCRIBED AND SWORN TO BEFORE me on this 21st day of April, 2006.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

4