# Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**

City: Hagåtña

Country/Parish: _____

**Related Case Information:**

Superseding Indictment _____ Docket Number: 06-00015
Same Defendant _____ New Defendant: X
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No _X_    Matter to be sealed: ___ Yes _X_ No

Defendant Name: HENRY AUN KWANG LIM

Alias Name: _____

Address: Malaysia

Birthdate: 1976   SS# ___   Sex: M   Race: A   Nationality: Chinese

**RECEIVED APR 21 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S. Attorney Information:**

AUSA: Frederick A. Black

Interpreter: ___ No _X_ Yes   List language and/or dialect: Chinese/Cantonese

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: 1   ___ Petty ___ Misdemeanor _X_ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  18 USC 1029(a)(3) & 2 | Fraud Using Counterfeit Access Devices | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: 4-21-06   Signature of AUSA: [signed] Fred A. Black