**RECEIVED**
AO 442 (Rev. 10/03) Warrant for Arrest

APR 21 2006
US MARSHALS SERVICE-GUAM

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>HENRY AUN KWANG LIM | **WARRANT FOR ARREST**<br><br>Case Number: CR-06-00015-001 |

To: The United States Marshal
 and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ HENRY AUN KWANG LIM _____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☑ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with (brief description of offense)

FRAUD USING COUNTERFEIT ACCESS DEVICES

**FILED**
DISTRICT COURT OF GUAM
APR 21 2006
MARY L.M. MORAN
CLERK OF COURT

in violation of Title __18__ United States Code, Section(s) __1029(a)(3) & 2__

| | |
|---|---|
| JOAQUIN V. E. MANIBUSAN, JR.<br>Name of Issuing Officer | [signature]<br>Signature of Issuing Officer |
| Magistrate Judge<br>Title of Issuing Officer | 4/21/2006    Hagatna, Guam<br>Date         Location |

ORIGINAL

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

USMS Hagatna Guam

| DATE RECEIVED<br>4/21/06 | NAME AND TITLE OF ARRESTING OFFICER<br><br>Gene M. Cox Special Agent | SIGNATURE OF ARRESTING OFFICER<br><br>[signature] |
|---|---|---|
| DATE OF ARREST<br>4/21/06 | | |

AO 442    (Rev. 10/03) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____HENRY AUN KWANG LIM_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____     WEIGHT: _____

SEX: _____     RACE: _____

HAIR: _____     EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: