IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**


FILED
DISTRICT COURT OF GUAM
APR 21 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-06-00015**   **DATE: 04/21/2006**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding   Law Clerk: Judith Hattori
Court Recorder: Marilyn Alcon   Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 3:15:44 - 3:25:14   CSO: N. Edrosa

**APPEARANCES**

**DEFT: HENRY AUN KWANG LIM**   **ATTY: SAMUEL S. TEKER**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.   ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

**DEFT: KIAT BOON LEE**   **ATTY: WILLIAM L. GAVRAS**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.   ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

**DEFT: THING CHUNG ONG**   **ATTY: F. RANDALL CUNLIFFE**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.   ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: FREDERICK BLACK   AGENT: GENE COX, SECRET SERVICE

U.S. PROBATION: STEPHEN GUILLIOT   U.S. MARSHAL: C. MARQUEZ / D. PUNZALAN

INTERPRETER: SANDY WONG   ( X ) SWORN   LANGUAGE: CHINESE CANTONESE

**PROCEEDINGS: INITIAL APPEARANCE RE COMPLAINT**

( X ) FINANCIAL AFFIDAVITS REVIEWED AND ACCEPTED. ATTORNEYS APPOINTED AS NOTED ABOVE.

( ) DEFENDANTS SWORN AND EXAMINED:   AGE: ___   HIGH SCHOOL COMPLETED: _____

( X ) DEFENDANTS ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) COURT QUESTIONS DEFENDANTS REGARDING THEIR PHYSICAL AND MENTAL CONDITION, AND ADVISES
    DEFENDANTS OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( ) PLEAS ENTERED: ( ) *GUILTY* ( ) *NOT GUILTY* - TO: _____

( X ) PRELIMINARY EXAMINATION SET FOR: MAY 1, 2006 AT 2:00 P.M.
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

( X ) DEFENDANTS REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )PROCESSING ( X )DETENTION

( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Mr. Teker and Mr. Cunliffe informed the Court that Mr. Lim and Mr. Ong speak English.

The Court detained the defendants pursuant to the report and recommendation by pretrial service.