DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**HENRY AUN KWANG LIM, et al.,**<br><br>Defendants. | CRIMINAL CASE NO. **06-00015**<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **SAMUEL S. TEKER** is appointed to represent defendant **HENRY AUN KWANG LIM**, **WILLIAM L. GAVRAS** is appointed to represent defendant **KIAT BOON LEE**, and **F. RANDALL CUNLIFFE** is appointed to represent defendant **THING CHUNG ONG** in the above-entitled case.

Dated this 21st day of April, 2006.

JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
U.S. DISTRICT COURT OF GUAM

ORIGINAL