creditcardind

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM

APR 26 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 06-00015 |
|---|---|
| Plaintiff. | ) **INDICTMENT** |
| vs. | ) **CONSPIRACY TO COMMIT FRAUD BY POSSESSING OVER FIFTEEN COUNTERFEIT ACCESS DEVICES** |
| HENRY AUN KWANG LIM, KIAT BOON LEE, and THING CHUNG ONG, | ) [18 U.S.C. §§ 2, 371, & 1029(a)(3)] |
| Defendants. | ) |

THE GRAND JURY CHARGES:

On April 20, 2006, in the District of Guam, the defendants herein, HENRY AUN KWANG LIM, KIAT BOON LEE and THING CHUNG ONG, and other uncharged individuals unknown to the Grand Jury, did willfully and knowingly combine, conspire, confederate and agree together to: knowingly and with intent to defraud, possess more than fifteen counterfeit access devices, said possession of these counterfeit access devices affecting interstate and foreign commerce, by traveling to Guam from the Philippines and other Asia locations, in violation of Title 18, United States Code, Sections 2, 371 and 1029(a)(3).

Overt Acts

In furtherance of the aforesaid conspiracy and to accomplish its purpose and objects, the defendants committed the following overt acts, among others:

1

Said defendants brought into Guam counterfeit access devices, to-wit:

a. Possessed counterfeit Brunei passport# 080384 in the name of Henry Lim Chee Boon
b. Possessed eighteen (18) counterfeit VISA credit cards in the name of "Henry Lim"
c. Possessed fourteen (14) counterfeit MasterCard credit cards in the name of "Henry Lim"
d. Possessed four (4) counterfeit VISA credit card in the name of "Chan Mang Kit"
e. Possessed five (5) counterfeit MasterCard credit card in the name of "Chan Mang Kit"
f. Possessed counterfeit Brunei passport# 069962 in the name of "Simon Yeoh Kean Tatt"
g. Possessed seventeen (17) counterfeit VISA credit cards in the name of "Simon Yeoh"
h. Possessed ten (10) counterfeit MasterCard credit cards in the name of "Simon Yeoh"
i. Possessed counterfeit United Kingdom of Great Britain & Northern Ireland passport# 674534622 in the name of "Mang Kit Chan"
j. Possessed one (1) counterfeit MasterCard credit card in the name of "Henry Lim"
k. Possessed one (1) counterfeit MasterCard credit card in the name of "Simon Yeoh"
l. Possessed one (1) counterfeit VISA credit card in the name of "Chan Mang Kit"

DATED this 26th day of April 2006.

A TRUE BILL.

_____
Foreperson

LEONARD M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
FREDERICK A. BLACK
Assistant U.S. Attorney

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

2