# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

USA,

        Plaintiff,

  vs.

Henry Aun Kwang Lim, et al.,

        Defendant.

Case No. 1:06-cr-00015

**CERTIFICATE OF SERVICE**

The following office(s)/individual(s) acknowledged receipt of the ***Appointment Order and Order of Detention filed April 21, 2006,*** on the dates indicated below:

| *U.S. Attorney's Office* | *Samuel Teker* | *U.S. Probation Office* | *U.S. Marshals Service* |
|---|---|---|---|
| *April 24, 2006* | *April 26, 2006* | *April 24, 2006* | *April 24, 2006* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Appointment Order and Order of Detention filed April 21, 2006***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: April 26, 2006

        /s/ Marilyn B. Alcon
          Deputy Clerk