RECEIVED APR 26 2006 US MARSHALS SERVICE-GUAM

FILED DISTRICT COURT OF GUAM APR 27 2006 MARY L.M. MORAN CLERK OF COURT

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

UNITED STATES OF AMERICA
V.

**HENRY AUN KWANG LIM**

SUMMONS IN A CRIMINAL CASE

Case Number: **CR-06-00015-001**

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| | **Date and Time** |
| Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | **Thursday, April 27, 2006 at 2:00 p.m.** |

To answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title ___18___ United States Code, Section(s) __2, 371 & 1029(a)(3)__

Brief description of offense:

**CONSPIRACY TO COMMIT FRAUD BY POSSESSING OVER FIFTEEN COUNTERFEIT ACCESS DEVICES**

ORIGINAL

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*/s/ Marilyn B. Alcon*
Signature of Issuing Officer

**April 26, 2006**
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE | |
|---|---|
| Service was made by me on:[1] | Date 4/27/06 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:
USMS, Hagatna, Guam

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 4/27/06
Date

_JSalas_
Name of United States Marshal

_[signature]_
(by) Deputy United States Marshal

Remarks:

---
[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.