IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES



**FILED**
DISTRICT COURT OF GUAM
APR 27 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-06-00015**               **DATE: 04/27/2006**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding        Law Clerk: Judith Hattori
Court Reporter: Wanda Miles                                          Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 2:27:14 - 2:32:13                   CSO: N. Edrosa

* * * * * * * * * * * * * * * * * * * * * * * A P P E A R A N C E S * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT: HENRY AUN KWANG LIM**                          **ATTY : SAMUEL S. TEKER**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.       ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

**DEFT: THING CHUNG ONG**                              **ATTY : F. RANDALL CUNLIFFE**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.       ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

U.S. ATTORNEY: FREDERICK BLACK                         AGENT:

U.S. PROBATION: CARMEN O'MALLAN                        U.S. MARSHAL: C. MARQUEZ / D. PUNZALAN

INTERPRETER: FOO MEE CHUN CLINARD, Previously sworn    LANGUAGE: CHINESE CANTONESE

**PROCEEDINGS: INITIAL APPEARANCE AND ARRAIGNMENT RE INDICTMENT**

( ) FINANCIAL AFFIDAVITS REVIEWED AND ACCEPTED. ATTORNEYS APPOINTED AS NOTED ABOVE.

( X ) DEFENDANTS SWORN AND EXAMINED:     AGE: ___     HIGH SCHOOL COMPLETED: College
                                         AGE: ___     HIGH SCHOOL COMPLETED: Diploma computer science

( X ) DEFENDANTS ARRAIGNED AND ADVISED OF THEIR RIGHTS, CHARGES AND PENALTIES
( X ) COURT QUESTIONS DEFENDANTS REGARDING THEIR PHYSICAL AND MENTAL CONDITION, AND ADVISES
      DEFENDANTS OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( X ) DEFENDANTS WAIVE READING OF ( ) COMPLAINT  ( ) INFORMATION  ( X ) INDICTMENT
( X ) PLEAS ENTERED: ( ) GUILTY  ( X ) NOT GUILTY - TO: CHARGE CONTAINED IN THE INDICTMENT

( ) PRELIMINARY EXAMINATION SET FOR: _____

( X ) TRIAL SET FOR: JUNE 27, 2006 AT 9:30 A.M.

( X ) DEFENDANTS TO REMAIN IN CUSTODY
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**