DISTRICT COURT OF GUAM
TERRITORY OF GUAM
MINUTES



FILED
DISTRICT COURT OF GUAM
MAY 17 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-06-00015**   **DATE: 5/16/2006**

***

HON. JOHN C. COUGHENOUR, U.S. DISTRICT JUDGE    Law Clerk:
Official Court Reporter: Wanda Miles                Courtroom Deputy: Julie Mahnke
Hearing Electronically Recorded: 1:00 - 1:10        CSO:

****************************** APPEARANCES ******************************

**DEFT  HENRY AUN KWANG LIM**                **ATTY   SAMUEL TEKER**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.    ( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( X ) CJA APPOINTED

U.S. ATTORNEY:  FRED BLACK                AGENT:

U.S. PROBATION:  CARLEEN BORJA            U.S. MARSHAL:

***

**PROCEEDINGS:   CHANGE OF PLEA**

( X ) Defendant present, with counsel.

( X ) Plea Agreement filed.

( X ) Court finds defendant competent to plead.

( X ) Defendant advised of rights, charges and penalties.

( X ) Government summarizes the evidence.

( X ) Guilty plea entered to charges.

( X ) Presentence report ordered.

( X ) Court accepts Plea Agreement.

( X ) Sentencing set:  Sentencing set for August 30, 2006 at 9:30 a.m.

( X ) Other:  PSR due to parties July 10, 2006 and due to Court August 7, 2006.