```
henrylimpsr

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334
```

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUL 20 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00015-001 |
| Plaintiff, ) | |
| vs. ) | **GOVERNMENT'S STATEMENT ADOPTING FINDINGS OF PRESENTENCE REPORT** |
| HENRY AUN KWANG LIM, ) | |
| Defendant. ) | |

Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States hereby adopts the findings of the Presentence Report for the above defendant.

Respectfully submitted this 20th day of July 2006.

          LEONARDO M. RAPADAS
          United States Attorney
          Districts of Guam and NMI

By: _/s/ Frederick A. Black_
     FREDERICK A. BLACK
     Assistant U.S. Attorney

ORIGINAL