**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
SENTENCING**

CASE NO.: CR-06-00015-001                  DATE: August 30, 2006

HON. RONALD B. LEIGHTON, Designated Judge, Presiding
Law Clerk: Greg Leever               Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore     Electronically Recorded: 9:30:27 - 9:39:00
CSO: J. McDonald / J. Lizama

**APPEARANCES:**
Defendant: Henry Aun Kwang Lim        Attorney: Samuel S. Teker
☑ Present ☑ Custody ☐ Bond ☐ P.R.     ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Frederick A. Black        U.S. Agent: Gene Cox, Secret Service
U.S. Probation: Stephen Guilliot         U.S. Marshal: C. Marquez / G. Perez
Interpreter:                                              Language:

**PROCEEDINGS: Sentencing**
- Court stated the appropriate offense levels.
- Government's oral motion for downward departure <u>Granted</u>.
- Defendant committed to the Bureau of Prisons for a term of <u>Six months with credit for time served.</u>
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>Three years,</u> with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: